IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES RAY THOMPSON
ADC # 148592                                                                                          PETITIONER

v.                                    Case No. 5:13-cv-231 KGB

RAY HOBBS, Director, Arkansas
Department of Correction                                                                              RESPONDENT

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 22) and the objections filed by Petitioner James Ray Thompson, which he styles as a "supplement to motion to alter or amend judgment" (Dkt. No. 23). After carefully reviewing the Proposed Findings and Recommendations and Mr. Thompson's objections, as well as a *de novo* review of the record, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects. Therefore, the Court dismisses with prejudice Mr. Thompson's petition for writ of *habeas corpus*. The Court will not issue a certificate of appealability because Mr. Thompson has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). The Court denies as moot Mr. Thompson's motion to stay (Dkt. No. 24).

SO ORDERED this 14th day of May, 2015.

_____
Kristine G. Baker
United States District Judge