IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES RAY THOMPSON
ADC # 148592                                                                                           PETITIONER

v.                          Case No. 5:13-cv-231 KGB

RAY HOBBS, Director, Arkansas
Department of Correction                                                                   RESPONDENT

## JUDGMENT

In accordance with the Order entered in this case on this date, the Court dismisses with prejudice petitioner James Ray Thompson's petition for writ of *habeas corpus*. The Court will not issue a certificate of appealability because Mr. Thompson has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this 14th day of May, 2015.

Kristine G. Baker
United States District Judge